UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIGITTE BANKSTON, ET AL. | CIVIL ACTION |
| VERSUS | NO: 13-4783 |
| ACE AMERICAN INSURANCE COMPANY, ET AL. | SECTION: "A" (5) |

The Court has been advised that the above captioned matter has settled.  United States Magistrate Judge Michael North and counsel are thanked for their assistance.

March 11, 2014

_____
UNITED STATES DISTRICT JUDGE

NEF: Magistrate Judge North